ROBERT R. RASMUSSEN

*v.*

THE PEOPLE *ex rel.* Charles Kern.

*Filed at Ottawa June 15, 1895.*

PUBLIC IMPROVEMENTS—*several judgments against different proper-ties may be rendered.* Several judgments against the property of different objectors may be rendered for assessments for a street improvement, in a proceeding based upon a single assessment roll. *Browning* v. *City of Chicago*, 155 Ill. 314, followed.

APPEAL from the County Court of Cook county; the Hon. FRANK SCALES, Judge, presiding.

MATZ & FISHER, McMURDY & JOB, MASON BROTHERS, WILLIAM GARNETT, Jr., CHARLES T. MASON, R. E. PEN-DARVIS, and DANIEL H. HORNE, for appellant.

JOHN F. HOLLAND, HARRY RUBENS, Corporation Coun-sel, and GEORGE W. SMITH, for appellee.

Mr. JUSTICE BAKER delivered the opinion of the court:

The appeal in this case is taken from a judgment of the county court of Cook county, rendered July 30, 1894, upon the application of the collector for judgment of sale for a delinquent special assessment of the city of Chicago for a street improvement.

The only ground urged for error is that the county court entered several judgments against the property of different objectors in a proceeding based upon a single assessment roll. The contention of appellant must be decided adversely to him, on the authority of *Browning* v. *City of Chicago*, 155 Ill. 314, and *Wells* v. *City of Chicago*, *ante*, p. 148.

The judgment of the county court is affirmed.

*Judgment affirmed.*